# CRISTAL LAW FIRM LLC

Breakwater Plaza, Suite 1
3305 Bayshore Road
N. Cape May NJ 08204

Stephen Cristal, Esquire  (800) 834-0714 (Phone)
Member PA, NJ and NY Bars  (609) 589-5199 (Fax)
Atty. ID# 95020(PA), 032841995(NJ)  sc@cristal-law.com

July 22, 2021

Honorable Mitchell S. Goldberg, USDJ
US District Court, EDPA
601 Market Street
Philadelphia PA 19106

RE:   JAHARRAH DAVIS V. SEPTA
      Civil Action No. 18-cv-03166

Dear Judge Goldberg:

    I represent Plaintiff in this matter. I am writing to inform the Court that the parties have amicably resolved this entire matter. There are summary judgment motions pending before your honor. The parties jointly request that the motions be withdrawn for reasons of settlement.

    If you have any questions please do not hesitate to contact me. Thank you for your consideration in this matter.

Respectfully,
/s/ Stephen Cristal
Stephen Cristal, Esquire, Cristal Law Firm LLC

cc:   Brad M. Kushner, Esquire, Stevens & Lee, Attorney for Defendant